# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

# WESTERN DIVISION

| | |
|---|---|
| H. KENNETH LEFOLDT, JR., IN HIS CAPACITY AS TRUSTEE FOR THE NATCHEZ REGIONAL MEDICAL CENTER LIQUIDATION TRUST<br>PLAINTIFF | CIVIL ACTION<br><br>NO. 5:15-CV-00096-KS-MTP |
| VERSUS | |
| DONALD RENTFRO, CHARLES MOCK, WILLIAM HEBURN, LEROY WHITE, JOHN SERAFIN, LINDA GODLEY, LIONEL STEPTER, LEE MARTIN, WILLIAM ERNST, JENNIFER RUSS AND HORNE, LLP<br>DEFENDANTS | JURY TRIAL REQUESTED |

## NOTICE OF APPEAL

Please take notice that, pursuant to Federal Rule of Appellate Procedure Rule 3, Plaintiff H. Kenneth Lefoldt, Jr., in his capacity as the Trustee for the Natchez Regional Medical Center Liquidation Trust, hereby appeals to the United States Fifth Circuit Court of Appeals from the Order and Reasons entered in this action on April 11, 2016 (Rec. Doc. 68). The April 11, 2016 Order, in part, dismissed all claims (Counts I and II) against the Individual Defendants.[1] On May 9, 2016, Plaintiff moved to alter and certify the Order dismissing all claims against the Individual Defendants as a final judgment pursuant to Rule 54(b) of the Federal Rules for Civil Procedure. (Rec. Doc. 70). On June 15, 2016, this Court granted the motion. (Rec. Doc. 79).

---

[1] Individual Defendants are the officers and directors of Natchez Regional Medical Center and include Donald Rentfro, Charles Mock, William Heburn, Leroy White, John Serafin, Linda Godley, Lionel Stepter, Lee Martin, William Ernst, and Jennifer Russ.

-1-

This notice, which is filed within thirty days after the entry of the Court's Rule 54(b) certification order, is timely under Federal Rule of Appellate Procedure 4(a)(4)(A)(iv).[2]

Respectfully submitted,

BY: /s/ Brent B. Barriere
Brent B. Barriere (La. Bar No. 2818)
Alysson Mills (Ms. Bar No. 102861)
D. Skylar Rosenbloom (La. Bar No. 31309)
Rebecca Sha (La Bar No. 35317)
**FISHMAN HAYGOOD, LLP**
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Telephone: (504) 586-5252
Fax: (504) 586-5250
Email: bbarriere@fishmanhaygood.com
amills@fishmanhaygood.com
srosenbloom@fishmanhaygood.com
rsha@fishmanhaygood.com

/s/ Douglas Draper
Douglas Draper (La. Bar No. 5073)
Leslie Collins (La. Bar No. 14891)
Greta Brouphy (La. Bar No. 26216)
**HELLER DRAPER PATRICK HORN & DABNEY, LLC**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: (504) 229-3300
Fax: (504) 299-3399
Email: ddraper@hellerdraper.com
lcollins@hellerdraper.com
gbrouphy@hellerdraper.com

/s/ Brian A. Montague
Brian A. Montague (Ms. Bar No. 3407)
**LAW OFFICE OF BRIAN MONTAGUE, PLLC**
25 Town Center Square
Hattiesburg, MS 39402
Telephone: (601) 450-1111
Fax: (601) 450-1120
Email: brian.m@montaguelawyer.com

---

[2] *See also Madison v. Vintage Petroleum, Inc.*, 114 F.3d 514, 516 (5th Cir. 1997), *as amended on denial of reh'g and reh'g en banc* (July 10, 1997).

1072740v.1

COUNSEL FOR H. KENNTH LEFOLDT, JR. IN HIS CAPACITY AS TRUSTEE FOR THE NATCHEZ REGIONAL MEDICAL CENTER LIQUIDATION TRUST

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing.

/s/ Brent B. Barriere

1072740v.1