# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-60245

H. KENNETH LEFOLDT, JR., in his capacity as Trustee for the Natchez Regional Medical Center Liquidation Trust,

    Plaintiff - Appellee

v.

HORNE, L.L.P.,

    Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Mississippi, Vicksburg

Before CLEMENT, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellant's opposed motion for stay pending appeal is DENIED.