**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**


**H. KENNETH LEFOLDT, JR.**                                                          **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO. 5:15-CV-96-KS-MTP**

**HORNE, LLP**                                                          **DEFENDANT**

<u>**ORDER**</u>

On May 3, 2017, Defendant filed a Motion for Partial Summary Judgment [131]. Plaintiff shall respond to the motion within seven days of its filing, but no later than **May 17, 2017**. FED. R. CIV. P. 6(a); L.U.Civ.R. 7(b)(4). If Defendant wants to reply, it may do so within seven days of the filing of the response, but no later than **May 24, 2017**. FED. R. CIV. P. 6(a); L.U.Civ.R. 7(b)(4).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

SO ORDERED AND ADJUDGED, on this, the __4th__ day of May, 2017.


                                                    ___s/Keith Starrett_____
                                                    UNITED STATES DISTRICT JUDGE