# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**H. KENNETH LEFOLDT, JR.**                                                   **PLAINTIFF**

**V.**                                     **CIVIL ACTION NO. 5:15-CV-96-KS-MTP**

**DONALD RENTFRO,** *et al.*                                      **DEFENDANTS**

## ORDER

On June 8, 2017, Defendant Horne, LLP filed a Motion for Partial Summary Judgment [148]. Plaintiff shall respond to the motion within fourteen days of its filing, but no later than **June 22, 2017**. FED. R. CIV. P. 6(a); L.U.Civ.R. 7(b)(4). If Defendant wants to reply, it may do so within seven days of the filing of the response, but no later than **June 29, 2017**. FED. R. CIV. P. 6(a); L.U.Civ.R. 7(b)(4).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

SO ORDERED AND ADJUDGED, on this, the __9th__ day of June, 2017.

                                                      __s/Keith Starrett__
                                                      UNITED STATES DISTRICT JUDGE